

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2014

No. 04-14-00621-CV

**IN THE INTEREST OF C.J.T.**, a child,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,848
Honorable H. Paul Canales, Judge Presiding

# O R D E R

The District Clerk's Request to be Exempt from E-Filing is GRANTED. The District Clerk is allowed to paper file in this appeal.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2014.

Keith E. Hottle
Clerk of Court